**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Zachary Alan Palansky          CHAPTER 13
      Debtor(s)

BKY. NO. 25-14584 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                        Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
24 Nov 2025, 12:26:09, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322