UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br>     Zachary Alan Palansky <br><br><br>                 Debtor | Chapter 13 <br> Bankruptcy No.25-14584-PMM |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 11th day of February, 2026, by first class mail upon those listed below:

Zachary Alan Palansky
512 Center Street
Slatington, PA  18080

**Electronically via CM/ECF System Only:**

JOHN EVERETT COOK ESQ
ROMA CORPORATE CENTER
1605 N CEDAR CREST BLVD, STE 520
ALLENTOWN, PA  18104

                                                          */s/ Kristen Gliem*
                                                          Kristen Gliem
                                                          for
                                                          Scott F. Waterman, Esquire
                                                          Standing Chapter 13 Trustee