L.B.F. 9014-4

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Zachary Alan Palansky       : Chapter 13

                                    :

**Debtor**                           : Bky. No. 25-14584

\* \* \* \* \* \* \*

### CERTIFICATION OF SERVICE

I, , certify that on_, I did cause a true and correct  copy of the documents described below to be served on the parties listed on the mailing list exhibit,  a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and  to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

Debtor's Chapter 13 plan filed November 11th, 2025

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 3/4/26                                /s/ Everett Cook

                                          Everett Cook
                                          Attorney for Debtor
                                          1605 Cedar Crest Blvd
                                          Ste. 520
                                          Allentown, PA  18104
                                          Ph#:  610-351-3566
                                          Email:  bankruptcy@everettcooklaw.com

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name  Scott Waterman, Trustee
Address
Relationship of Party
Via: XXX CM/ECF  1st Class Mail  Certified Mail  e-mail:    Other:
Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the

next page if necessary.)

Name   United States Trustee
Address
Relationship of Party
Via:   XXX CM/ECF   1st Class Mail   Certified Mail   e-mail:   Other:


Name  All creditors on the attached Mailing Matrix via 1st class mail
Address
Relationship of Party
Via:   CM/ECF   XXX 1st Class Mail   Certified Mail   e-mail:   Other:


Name
Address
Relationship of Party
Via:   CM/ECF   1st Class Mail   Certified Mail   e-mail:   Other:


Name
Address
Relationship of Party
Via:   CM/ECF   1st Class Mail   Certified Mail   e-mail:   Other:


Name
Address
Relationship of Party
Via:   CM/ECF   1st Class Mail   Certified Mail   e-mail:   Other:


Name
Address
Relationship of Party
Via:   CM/ECF   1st Class Mail   Certified Mail   e-mail:   Other:

Arrofi Inc
4052 Del Rey Ave
Marina del Rey, CA 90292-5681


Caine & Weiner
PO Box 55848
Sherman Oaks, CA 91413-0848


Capital Bank N.A.
PO Box 8130
Reston, VA 20195-2030


Chase Card Services
PO Box 15369
Wilmington, DE 19850-5369


Credit One Bank N.A.
120 Corporate Blvd
Norfolk, VA 23502-4952


Dept of Education/Neln
PO Box 82561
Lincoln, NE 68501-2561


First Savings Bank
PO Box 5019
Sioux Falls, SD 57117-5019


Mariner Finance
8211 Town Center Dr
Nottingham, MD 21236-5904


Midland Credit Managem
350 Camino de la Reina
San Diego, CA 92108-3007


Midland Credit Mgmt
Attn: Bankruptcy
PO Box 939069
San Diego, CA 92193-9069


Pennymac Loan Services, LLC
PO Box 514387
Los Angeles, CA 90051-4387


Portfolio Recov Assoc
120 Corporate Blvd
Norfolk, VA 23502-4952


Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Blvd
Norfolk, VA 23502-4952

Skrill USA Inc
PO Box 55848
Sherman Oaks, CA 91413-0848


Synchrony Bank
350 Camino de la Reina
San Diego, CA 92108-3007


U.S. Department of Education
PO Box 5609
Greenville, TX 75403-5609


U.S. Department of Education
Attn: Bankruptcy
400 Maryland Ave SW
Washington, DC 20202-0001