United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                        Case No. 25-14584-pmm

Zachary Alan Palansky                                                                         Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 11, 2026 | Form ID: pdf900 | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Zachary Alan Palansky, 512 Center Street, Slatington, PA 18080-1303 |
| 15076991 | + | PENNYMAC LOAN SERVICES, LLC, c/o MATTHEW K. FISSEL, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 15076920 | + | PENNYMAC LOAN SERVICES, LLC, c/o Matthew Fissel, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15071185 | | Skrill USA Inc, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 15071186 | | Synchrony Bank, 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 15071995 | + | U.S. Department of Housing and Urban Development, 2000 N Classen Blvd Suite 3200, Oklahoma City, OK 73106-6034 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jun 12 2026 00:39:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 12 2026 00:40:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 15071173 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jun 12 2026 00:39:29 | Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 15081529 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 12 2026 00:38:52 | Capital Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15071174 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 12 2026 00:39:02 | Capital Bank N.A., PO Box 8130, Reston, VA 20195-2030 |
| 15071175 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 12 2026 00:38:52 | Chase Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 15071176 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 12 2026 00:39:02 | Credit One Bank N.A., 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 15071177 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 12 2026 00:40:00 | Dept of Education/Neln, PO Box 82561, Lincoln, NE 68501-2561 |
| 15071178 | | Email/Text: BNSFS@capitalsvcs.com | Jun 12 2026 00:39:00 | First Savings Bank, PO Box 5019, Sioux Falls, SD 57117-5019 |
| 15079523 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 12 2026 00:39:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15092627 | + | Email/Text: bankruptcy@marinerfinance.com | Jun 12 2026 00:39:00 | MARINER FINANCE, 8110 CORPORATE DR, NOTTINGHAM, MD 21236-5034 |
| 15071179 | | Email/Text: bankruptcy@marinerfinance.com | | |

District/off: 0313-4  User: admin  Page 2 of 3
Date Rcvd: Jun 11, 2026  Form ID: pdf900  Total Noticed: 31

| | | | |
|---|---|---|---|
| | | Jun 12 2026 00:39:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15071180 | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jun 12 2026 00:40:00 | Midland Credit Managem, 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 15089274 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jun 12 2026 00:40:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15071181 | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jun 12 2026 00:40:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 15087613 | + Email/PDF: ebnotices@pnmac.com | | |
| | | Jun 12 2026 00:49:53 | PENNYMAC LOAN SERVICES, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15076738 | ^ MEBN | | |
| | | Jun 12 2026 00:35:14 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15071184 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 12 2026 00:39:13 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 15088410 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 12 2026 00:39:13 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 15071182 | Email/PDF: ebnotices@pnmac.com | Jun 12 2026 00:49:51 | Pennymac Loan Services, LLC, PO Box 514387, Los Angeles, CA 90051-4387 |
| 15071183 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 12 2026 00:39:13 | Portfolio Recov Assoc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 15080597 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 12 2026 00:40:00 | U.S Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1911 |
| 15071188 | Email/Text: edbknotices@ecmc.org | Jun 12 2026 00:39:00 | U.S. Department of Education, Attn: Bankruptcy, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 15071187 | Email/Text: EDBKNotices@ecmc.org | Jun 12 2026 00:39:00 | U.S. Department of Education, PO Box 5609, Greenville, TX 75403-5609 |
| 15071628 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 12 2026 00:39:01 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15071172 | ## | Arrofi Inc, 4052 Del Rey Ave, Marina del Rey, CA 90292-5681 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2026  Signature:  /s/Gustava Winters

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 11, 2026 | Form ID: pdf900 | Total Noticed: 31 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOHN EVERETT COOK | |
| | on behalf of Debtor Zachary Alan Palansky bankruptcy@everettcooklaw.com |
| | g29494@notify.cincompass.com;cook.everettb129037@notify.bestcase.com |
| MATTHEW K. FISSEL | |
| | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | |
| | ECFMail@ReadingCh13.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                         Chapter 13

     Zachary Alan Palansky

                                      Bankruptcy No. 25-14584-PMM

            Debtor

ORDER DISMISSING CHAPTER 13 CASE

    AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

    IT IS FURTHER ORDERED that any wage order entered in this case is hereby
TERMINATED and the employer shall cease wage withholding immediately.

**Date: June 11, 2026**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE