Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Zachary Alan Palansky
512 Center Street
Slatington, PA 18080

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 25-14584-PMM**

Petition Filed Date: 11/11/2025
341 Hearing Date: 12/16/2025
Confirmation Date:

Case Status: Dismissed Before Confirmation on 6/11/2026

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/24/2026 | $475.00 | | | | | | | |

**Total Receipts for the Period: $475.00 Amount Refunded to Debtor Since Filing: $438.42 Total Receipts Since Filing: $475.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JOHN EVERETT COOK ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | US DEPARTMENT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | JP MORGAN CHASE BANK NA<br>»» 002 | Unsecured Creditors | $1,970.35 | $0.00 | $0.00 |
| 3 | US DEPARTMENT OF EDUCATION<br>»» 003 | Unsecured Creditors | $52,150.71 | $0.00 | $0.00 |
| 4 | CAPITAL BANK<br>»» 004 | Unsecured Creditors | $478.43 | $0.00 | $0.00 |
| 5 | PENNYMAC LOAN SERVICES LLC<br>»» 005 | Mortgage Arrears | $36,561.93 | $0.00 | $0.00 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $1,263.04 | $0.00 | $0.00 |
| 7 | MIDLAND CREDIT MANAGEMENT INC<br>»» 007 | Unsecured Creditors | $888.97 | $0.00 | $0.00 |
| 8 | MIDLAND CREDIT MANAGEMENT INC<br>»» 008 | Unsecured Creditors | $1,182.88 | $0.00 | $0.00 |
| 9 | MIDLAND CREDIT MANAGEMENT INC<br>»» 009 | Unsecured Creditors | $914.73 | $0.00 | $0.00 |
| 10 | MARINER FINANCE LLC<br>»» 010 | Unsecured Creditors | $3,268.98 | $0.00 | $0.00 |
| 0 | Zachary Alan Palansky | Debtor Refunds | $438.42 | $438.42 | $0.00 |

**Chapter 13 Case No. 25-14584-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $475.00 | Current Monthly Payment: | $473.00 |
| Paid to Claims: | $438.42 | Arrearages: | $0.00 |
| Paid to Trustee: | $36.58 | Total Plan Base: | $59,772.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.